IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**RAYMOND LAWRENCE HAMLETT,**

      **Plaintiff,**

**v.**                                      **No. CIV-15-0725 RB/LAM**

**CAROLYN W. COLVIN, Acting Commissioner**
**of the Social Security Administration,**

      **Defendant.**

## ORDER ADOPTING MAGISTRATE JUDGE'S PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

**THIS MATTER** is before the Court on Magistrate Judge Lourdes A. Martínez' *Proposed Findings and Recommended Disposition* (*Doc. 28*) filed on December 8, 2016, which recommended granting *Plaintiff's Motion to Reverse and Remand for a Rehearing with Supporting Memorandum* (*Doc. 18*) filed April 7, 2016.  No party has filed objections to the *Proposed Findings and Recommended Disposition* (*Doc. 28*) and the deadline for filing objections has passed.  The Court has determined that it will adopt the *Proposed Findings and Recommended Disposition* (*Doc. 28*); grant Plaintiff's *Motion to Reverse and Remand for a Rehearing with Supporting Memorandum* (*Doc. 18*); and enter a final judgment dismissing this case with prejudice.

**IT IS THEREFORE ORDERED** that the *Proposed Findings and Recommended Disposition* (*Doc. 28*) are **ADOPTED** by the Court.

**IT IS FURTHER ORDERED** that Plaintiff's *Motion to Reverse and Remand for a Rehearing with Supporting Memorandum* (*Doc. 18*) is **GRANTED**.

**IT IS FURTHER ORDERED** that this case be **REMANDED** to the Commissioner for further proceedings consistent with the *Proposed Findings and Recommended Disposition* (*Doc. 28*) and that a final judgment be entered concurrently with this order.

**IT IS SO ORDERED.**

_____
**THE HONORABLE ROBERT C. BRACK
UNITED STATES DISTRICT JUDGE**